UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DARNELL BRITTON,                          )
                                          )
                Plaintiff,                )
                                          )
v.                                        )          No. 3:11-cv-616
                                          )          (PHILLIPS/GUYTON)
MICHAEL J. ASTRUE,                        )
                                          )
Commissioner of Social Security,          )
                                          )
                Defendant.                )

ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed

by United States Magistrate Judge H. Bruce Guyton. [Doc. 17.]  There have been no timely

objections to the Report and Recommendation, and enough time has passed since the filing of the

to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the

magistrate judge's conclusion that Plaintiff's Motion for Summary Judgment [Doc. 13] be

**DENIED** and The Commissioner's Motion for Summary Judgment [Doc. 15] be **GRANTED.**


     **IT IS SO ORDERED**.


                              **ENTER:**



                                   _____ s/ Thomas W. Phillips
ENTERED AS A JUDGMENT              United States District Judge
     s/ *Debra C. Poplin*
   CLERK OF COURT